IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**QUENTIN KYLE GREEN,**                                                                    **PETITIONER**

v.                             Case No. 4:20CV001449-JM

**DEXTER PAYNE**                                                                        **RESPONDENT**

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations, the timely objections and response to the objections, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

The Court will not issue a certificate of appealability because Petitioner has not made a substantial showing of a denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). Because the Court will not issue a certificate of appealability, it certifies that an appeal *in forma pauperis* would not be taken in good faith. FED. R. APP. P. 24(a)(3)(A).

SO ORDERED this 23rd day of January, 2023.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE