IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**QUENTIN KYLE GREEN,**  PETITIONER

v.  Case No. 4:20CV001449-JM

**DEXTER PAYNE**  RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the petition for writ of habeas corpus is DISMISSED with prejudice. An appeal *in forma pauperis* would not be taken in good faith. FED. R. APP. P. 24(a)(3)(A).

SO ADJUDGED this 23rd day of January, 2023.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE